UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>     Plaintiff,     )<br>     )<br>V.     )<br>     )<br>DANNY D. CLARK,     )<br>     )<br>     Defendant.     ) | Criminal Action No. 6: 06-47-S-DCR<br><br><br>**MEMORANDUM OPINION<br>AND ORDER** |

\*\*\*     \*\*\*     \*\*\*     \*\*\*

Defendant Danny Clark entered a guilty plea to conspiring to distribute and possess with intent to distribute oxycodone and methadone in violation of 18 U.S.C. § 846. [Record No. 163] On February 20, 2007, he was sentenced to a term of imprisonment of 240 months, to be followed by a three-year term of supervised release. [Record No. 218] Clark filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 on June 11, 2007. [Record No. 230] However, that motion was denied on July 1, 2008. [Record No. 259]

Clark has now filed a motion for a sentence reduction pursuant to Amendment 657 of the United States Sentencing Guidelines. [Record No. 266] According to Clark, a sentence reduction is necessary because he claims that his base offense level was calculated using the weight of pills containing oxycodone rather that the weight of the oxycodone contained in the pills attributed to him. Because this assertion is factually incorrect, his motion will be denied.

Amendment 657 to the United States Sentencing Guidelines has an effective date of November 1, 2003. Because Clark was sentenced on February 20, 2007, the amendment was

applicable to his guideline calculation. This amendment relates to USSG § 2D1.1(c) and provides that the term "Oxycodone (actual)" in the drug quantity table refers to the weight of the controlled substance contained in the pill, capsule, or mixture. Under the Drug Equivalency Table contained in this section, 1 gram of Oxycodone (actual) equals 6,700 grams of marijuana. Further, a drug quantity having a marijuana equivalency of at least 10,000 kilograms but less than 30,000 kilograms of marijuana establishes a base offense level of 36. USSG § 2D1.1(c)(2).

The summary outlining Clark's drug distribution activities is contained in paragraph 48 of his Presentence Investigation Report ("PSR"). This paragraph provides:

> Between on or about a day in January 1998, and continuing through on or about April 28, 2006, Danny Clark, and his associates, distributed in furtherance of a conspiracy, a total of 51,793.5 – 80mg oxycodone tablets, 730 – 40mg oxycodone tablets, and 746 – 20mg oxycodone tablets. These numbers are based largely on historical information provided by cooperating witnesses and coconspirators, and was agreed upon by the parties. The total marijuana equivalency of the oxycodone actual (4,187.6 grams) is 28,056.92 kilograms. Clark is also responsible for distributing a quantity of methadone tablets, which would not affect the base offense level. Danny D. Clark was a source of supply to his coconspirators.

[Record No. 219] Neither party objected to the actual quantity of oxycodone identified in this paragraph and attributed to Clark.[1]

As outlined in paragraph 48 of Clark's PSR, 51,793.5 tablets containing 80 mg of oxycodone equals 4,187.6 grams of oxycodone. Likewise, 730 tablets containing 40 mg of oxycodone equals 29.2 grams of oxycodone while 746 tablets containing 20 mg of oxycodone

---

[1] An OxyContin pill weighs approximately 135 mg regardless of whether it contains 10, 20 or 40 mg of actual oxycodone. *See* Amendment 657, USSG, Appendix C, Vol. II. (November 1, 2003). The tablet strength identifies the amount of actual oxycodone per tablet, as opposed to the total weight of the tablet. *See* http://www.rxlist.com/oxycontin-drug.htm.

equals 14.92 grams of oxycodone. The total amount of actual oxycodone of 4,187.6 grams has a marijuana equivalency of 28,056.92 kilograms (4,187.6 grams x 6,700 grams = 28,056.92 kilograms). Thus, Clark's PSR correctly calculates the amount of actual oxycodone attributable to him. His base offense level is not based on the weight of the pills containing oxycodone. Instead, it is based on the actual amount of oxycodone contained in each pill. Accordingly, it is hereby

**ORDERED** that Defendant Clark's motion to reduce his sentence [Record No. 266] is **DENIED**.

This 11th day of February, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge